United States District Court
for the
Southern District of Florida

| Andres Gomez, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 19-21757-Civ-Scola |
| | ) | |
| Miami International University of Art & Design, Inc., Defendant. | ) | |

## Order Granting Motion to Stay

This cause is before the Court on the Defendant Miami International University of Art & Design, Inc.'s motion to temporarily stay the proceedings pending the Eleventh Circuit's ruling in *Gil v. Winn-Dixie Stores, Inc.*, No. 17-13467 (11th Cir.) (*"Gil"*). Having considered the motion, the record, and the relevant cases, the Court **grants** the motion to stay (**ECF No. 21**).

A stay is appropriate, given the similarities between this action and *Gil*, because the Eleventh Circuit decision is "likely to have substantial or controlling effect on the claims and issues" in this case. *Miccosukee Tribe of Indians of Fla. V. S. Fla. Water Management Dist.*, 559 F.3d 1191, 1197 (11th Cir. 2009). Moreover, four other judges in the Southern District of Florida have stayed similar ADA actions based on website inaccessibility pending the Eleventh Circuit's decision in *Gil*. *See Gomez v. O'Charley's, LLC*, No. 18-cv-22287 (Williams, J.); *Fuller v. O'Charleys, LLC*, No. 18-cv-61645 (Ungaro, J.); *Gomez v. Klipsch Group, Inc.*, No. 17-21617 (Moreno, J); *Gomez v. Estrella Ins., Inc.*, No. 18-cv-24329 (Cooke, J.); *Gomez v. Monroe County*, No. 18-cv-23740 (Gayles, J.); *Gomez v. B.O.L.A.S. LLC*, No. 18-cv-24329 (Gayles, J.). The Court further orders as follows.

1. The **Clerk** shall administratively **close** this case.
2. The parties shall file a status report every sixty (60) days from the date of this order.
3. Immediately upon resolution of the proceedings pending before the Eleventh Circuit, the parties shall move to reopen this case.
4. All pending motions, if any, are denied as moot.

**Done and ordered**, in Chambers, at Miami, Florida, on October 4, 2019.

Robert N. Scola, Jr.
United States District Judge